No. 03–400.   CALIFORNIA v. COLLINS.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 03–402.   UNITED STATES v. BANKS ET AL.   C. A. Fed. Cir. Certiorari denied.

No. 03–405.   SIPPLE v. COUNSEL FOR DISCIPLINE OF THE NEBRASKA SUPREME COURT.   Sup. Ct. Neb.   Certiorari denied.

No. 03–414.   LITTLEJOHN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 03–417.   ALLISON ET AL. v. SNYDER ET AL.   C. A. 7th Cir. Certiorari denied.

No. 03–420.   J. V. D. B. & ASSOCIATES, INC. v. HORKEY.   C. A. 7th Cir.   Certiorari denied.

No. 03–426.   LELLAN v. VAUGHN, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 03–434.   WHITE v. AULT, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 03–458.   WHITTAKER v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 03–459.   CANO v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 03–461.   YSLETA DEL SUR PUEBLO ET AL. v. TEXAS.   C. A. 5th Cir.   Certiorari denied.

No. 03–494.   HAMILTON ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 03–511.   ROBINSON v. UNITED STATES.   C. A. Armed Forces.   Certiorari denied.

No. 03–513.   YOUNG v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 03–5091.   ROBERSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.